UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIM BURGESS,<br>an individual, | *<br>*<br>* |
| PLAINTIFF,<br>v. | *<br>* |
| | * Cause No. 4:22-cv-01158 |
| JAMES M. WEBSTER | *<br>*<br>* |
| DEFENDANT. | *<br>*<br>* |

## MOTION FOR DEFAULT JUDGMENT

Come now plaintiffs, through counsel, and move this Court for entry of judgment in favor of plaintiffs and against defendant James M. Webster on Count I for the injunctive relief sought in the petition and a monetary judgment in the amount of $7789.50, consisting of $7312.50 in attorneys' fees and $477.00 in costs. In support of this motion, the Court is referred to the accompanying affidavit and the court file. Clerks entry of default was entered on January 26, 2023.

Respectfully submitted,
By: /s/ *Amy J.W. Ashbrook*
Amy J.W. Ashbrook
Counsel for Plaintiff
State Bar No.: 69943
650 N. Creek Drive #119
Festus, MO. 63028
Telephone: 314-808-4485
Fax: 1-877-685-6195

Email: Amy@mojusticeleague.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2023, a copy of the foregoing was filed electronically with copies served via the Court's electronic filing system on all counsel of record and available to parties through the Court's case management/electronic case files.

I further certify that on April 2, 2023, a copy of the foregoing was mailed via U.S. Mail, first–class postage prepaid, to:

JAMES M. WEBSTER
246 Foxtail Drive.
ST. CHARLES, MO 63303

                                                            s/ Amy J.W. Ashbrook

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIM BURGESS, an individual, | * * * |
| PLAINTIFF, v. | * * * |
| JAMES M. WEBSTER | * Cause No. 4:22-cv-01158 * * * |
| DEFENDANT. | * * * |

# **ORDER**

The Court concludes that Plaintiffs' motion for default judgment should be granted and judgment entered in favor of Plaintiffs in the amount of Seven Thousand, Seven Hundred, Eight-Nine Dollars and Fifty cents ($7789.50). Further, Plaintiff is granted the injunctive relief requested in Count 1 at the expense of the Defendant. Defendant has twelve months to bring the property into compliance with ADA standards.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**.

Dated this _____ day of _____, 2023.

_____
Audrey G. Fleissig
UNITED STATES DISTRICT JUDGE